## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| DAVINA MUTHUSAMI,<br><br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY, MONDELEZ INTERNATIONAL, INC., POST HOLDINGS, INC., THE COCA-COLA COMPANY, PEPSICO, INC., GENERAL MILLS, INC., NESTLE USA, INC., KELLANOVA, WK KELLOGG CO., MARS INCORPORATED, INC., and CONAGRA BRANDS, INC.,<br><br><br>Defendants. | Case No: 6:26-cv-113-JSS-NWH |

## NOTICE OF NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

  __X__  IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. *Martinez v. Kraft Heinz Company, et al.,* Case No: 2:25-cv-00377-MRP (E.D. PA), removed from the Philadelphia County Court of Common Pleas by Defendants;

2. *Jenkins v. Kraft Heinz Company, et al.,* Case No: 2:26-cv-0015-BSL-MBN (E.D. LA); and

3. *The People of the State of California v. Kraft Heinz Company, et al.*, Case No: 3:26-cv-00183-AGT (N.D. Cal.), removed from the San Francisco Superior Court by Defendants.

_____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: January 23, 2026

*/s/ Chloe Makowsky*
Chloe Makowsky
DOUGLAS & LONDON, P.C.
Florida Bar #: 1054383
One State St, 35th Floor
New York, NY 10004
Ph: (212) 566-7500
Fax: (212) 566-7501
Email: cmakowsky@douglasandlondon.com

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 23, 2026, a copy of the foregoing was filed via the Court's CM/ECF system, thus providing Notice to all parties who have appeared in this matter to date.

Dated: January 23, 2026

RESPECTFULLY SUBMITTED,

*/s/ Chloe Makowsky*
Chloe Makowsky
DOUGLAS & LONDON, P.C.
Florida Bar #: 1054383
One State St, 35th Floor
New York, NY 10004
Ph: (212) 566-7500
Fax: (212) 566-7501
Email: cmakowsky@douglasandlondon.com