UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVINA MUTHUSAMI,

    Plaintiff,

v.

THE KRAFT HEINZ COMPANY,
MONDELEZ INTERNATIONAL,
INC., POST HOLDINGS, INC., THE
COCA-COLA COMPANY, PEPSICO,
INC., GENERAL MILLS, INC.,
NESTLE USA, INC., KELLANOVA,
WK KELLOGG CO., MARS
INCORPORATED, and CONAGRA
BRANDS, INC.,

    Defendants.

Case No. 6:26-cv-00113-JSS-NWH

**JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE
PERMITTING AN OMNIBUS MOTION TO DISMISS
AND RESPONSE EXCEEDING THE PAGE LIMIT**

Plaintiff Davina Muthusami ("Plaintiff") and Defendants The Kraft Heinz Company, Mondelēz International, Inc., Post Holdings, Inc., The Coca-Cola Company, PepsiCo, Inc., General Mills, Inc., Nestle USA, Inc., Kellanova, WK Kellogg Co., Mars Incorporated, and Conagra Brands, Inc. ("the Defendants", and collectively with Plaintiff, the "Parties"), pursuant to Rule 6(b)(1), Fed. R. Civ. P., jointly respectfully request that the Court establish a uniform briefing schedule for responding to the Complaint (Doc. 1) permitting (i) Defendants to file a single omnibus Rule 12 motion of no more than 60 pages by June 17, 2026, and (ii) Plaintiff to file a single omnibus response to Defendants' motion of no more than 60 pages by August 17, 2026. In support of this request, the Parties state as follows:

1.      Plaintiff's Complaint is 234 pages long and asserts nine claims against eleven Defendants.  Defendants are of the position that Plaintiff's Complaint raises novel theories of liability regarding "ultra-processed foods" and issues of first impression. Plaintiff disagrees.

2.      Defendants were served on different dates between April 7 and April 9, 2026, and therefore have varying deadlines to respond between April 28 and April 30.

3.      All Defendants intend to move to dismiss the Complaint pursuant to Rule 12 and agree that, based on the overlapping arguments, a single omnibus motion to dismiss is the most efficient procedural mechanism to do so rather than filing eleven separate motions.

1

4.      Based on the consolidated briefing, the proposed page limit of 60 pages for a single brief is appropriate given the magnitude of the Complaint's allegations and the number of Defendants in this action. It is also meaningfully fewer pages than if each party filed separately, which would result in up to 275 pages of briefing from Defendants and 220 pages of briefing from Plaintiff.

5.      Setting a uniform briefing schedule will also serve to align the response time of all Defendants to ensure consistency, efficiency, and coordination of case management deadlines among the Parties.

6.      Given the scope of the allegations, additional time is needed for the Defendants to investigate, research, and respond to the Complaint, and for the eleven Defendants to collectively brief the issues for the Court in a single coordinated brief. Plaintiff will also require additional time to brief its response to Defendants' motion.

7.      Accordingly, the Parties have conferred and respectfully request the Court establish the following briefing schedule:

- **June 17, 2026**: Deadline for Defendants to file a single omnibus Rule 12 motion of no more than 60 pages; and

- **August 17, 2026**: Deadline for Plaintiff to file response in opposition to Defendants' Rule 12 motion of no more than 60 pages.[1]

---

[1] Defendants do not request leave to file a reply brief at this time, but reserve the right to do so in the future. Should Defendants determine that a reply is necessary, Plaintiff has agreed not to oppose Defendants seeking leave to file an omnibus reply after the response is filed. Plaintiff reserves her right to object to the reply and/or seek leave for a sur-reply should Defendants raise new arguments for the first time in any omnibus reply filed.

## INCORPORATED MEMORANDUM OF LAW

The Court, for good cause shown, may extend the time prescribed by the Federal Rules of Civil Procedure for any act required or allowed by the Rules. Fed. R. Civ. P. 6(b)(1). The Court may also provide leave to exceed the page limit for motions and responses pursuant to M.D. Fla. Local Rule 3.01(b), (c).

Good cause exists here. Given the scope of Plaintiff's allegations, Defendants require additional time to investigate, research, and respond to the Complaint. There are eleven companies named as Defendants and 81 different food-and-beverage brands, as well as nine causes of action. Further, there is good cause in light of the Parties' desire to coordinate briefing and response deadlines across the Defendants, enabling the Parties and the Court to address common issues at the same time, which will increase consistency, efficiency, and coordination of case management. Moreover, the proposed page limits are meaningfully shorter than those allowed under Local Rule 3.01(b) and (c) if every Defendant filed an individual brief and Plaintiff were to file separate responses. If every Defendant filed separately, they could file up to 275 pages total, and Plaintiff could file up to 220 pages in response. Consolidated briefs, up to 60 pages each, will ensure the necessary arguments can be included in a more efficient manner.

This joint motion is submitted in good faith and not for purposes of delay. No party will be prejudiced by the relief sought herein. All Parties have agreed to it.

WHEREFORE, the Parties respectfully request that the Court enter an order setting forth the foregoing briefing schedule and extending the Parties' page limits.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), on April 22, 2026, counsel for the Parties conferred to resolve the issues raised in this motion and certify that the parties have agreed to seek the requested relief jointly.

Dated: April 23, 2026

Respectfully submitted,

/s/ *Chloe Makowsky*
Chloe Makowsky
Florida Bar No. 1054383
Michael A. London+ (ML-7510)
Gary J. Douglas+
Douglas & London, P.C.
One State St., 35th Floor
New York, NY 10004
(212) 566-7500
cmakowsky@douglasandlondon.com
mlondon@douglasandlondon.com
gdouglas@douglasandlondon.com

Virginia E. Annello+ (VA-8197)
Douglas & London, P.C.
395 Gravier Street, Suite 2120
New Orleans, LA 70112
(212) 566-7500
vanello@douglasandlondon.com

+*Motions for Special Admission forthcoming*

*Counsel for Plaintiff*

/s/ *Michael S. Hooker*
Michael S. Hooker
Florida Bar No. 330655
PHELPS DUNBAR LLP
100 South Ashley Drive
Suite 2000
Tampa, FL 33602

/s/ *Thomas A. Zehnder*
Thomas A. Zehnder
Florida Bar No. 0063274
Dustin Mauser-Claassen
Florida Bar No. 0119289
KING, BLACKWELL, ZEHNDER
 & WERMUTH, P.A.
25 East Pine Street
Orlando, FL 32801
(407) 422-2472
tzehnder@kbzwlaw.com
dmauser@kbzwlaw.com

Andrew S. Tulumello+ (Lead Counsel)
Arianna M. Scavetti+
Joshua Wesneski+
Claire Chapla+
Weil, Gotshal & Manges LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
(202) 682-7000
drew.tulumello@weil.com
arianna.scavetti@weil.com
joshua.wesneski@weil.com
claire.chapla@weil.com

Brian G. Liegel
Florida Bar No. 119269
Weil, Gotshal & Manges LLP
1395 Brickell Avenue
Suite 1200

4

(813) 472-7866
michael.hooker@phelps.com

*Counsel for Defendant*
*The Coca-Cola Company*

/s/ Ian M. Ross
Ian M. Ross
Florida Bar No. 091214
SIDLEY AUSTIN LLP
830 Brickell Plaza
Miami, FL 33131
(305) 391-5100
iross@sidley.com

*Counsel for Defendant*
*The Kraft Heinz Company*

/s/ Joshua T. Fordin
Joshua T. Fordin
Florida Bar No. 125219
KIRKLAND & ELLIS LLP
98 S.E. 7th Street
Suite 700
Miami, FL 33131
(305) 432-5600
joshua.fordin@kirkland.com

*Counsel for Defendant*
*Mondelez International, Inc.*

/s/ Edward Mullins
Edward Mullins
Florida Bar No. 863920
Ana M. Barton
Florida Bar No. 85721
REED SMITH LLP
200 South Biscayne Boulevard
Suite 2600
Miami, FL 33131
(786) 747-0222
emullins@reedsmith.com
abarton@reedsmith.com

Miami, FL 33131
Brian.Liegel@weil.com

*Counsel for Defendant*
*PepsiCo, Inc.*

/s/ Todd Norman
Todd Norman
Florida Bar No. 0062154
Vanessa Merassaint
Florida Bar No. 0113023
NELSON MULLINS RILEY
 & SCARBOROUGH LLP
390 North Orange Avenue
Suite 1400
Orlando, FL 33801
(407) 669-4200
todd.norman@nelsonmullins.com
vanessa.merassaint@nelsonmullins.com

S. Jamal Faleel+
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street
Suite 3100
Minneapolis, MN 55402
jamal.faleel@nortonrosefulbright.com
(612) 321-2271

*Counsel for Defendant*
*General Mills, Inc.*

/s/ Nichole M. Mooney
Nichole M. Mooney
Florida Bar No. 57908
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue
Suite 700
Orlando, FL 32801
(407) 841-1200
nmooney@deanmead.com
kgazboda@deanmead.com

5

Stephen J. McConnell+
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103
(215) 851-8100
smcconnell@reedsmith.com

*Counsel for Defendant*
*Conagra Brands, Inc.*

/s/ Traci T. McKee
Traci T. McKee
Florida Bar No. 0053088
Blake D. Bachman
Florida Bar No. 1040691
FAEGRE DRINKER BIDDLE & REATH LLP
1500 Jackson Street
Suite 201
Fort Myers, FL 33901
(239) 286-2472
traci.mckee@faegredrinker.com
blake.bachman@faegredrinker.com

Sarah L. Brew+
Tyler A. Young+
Rory F. Collins+
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
sarah.brew@faegredrinker.com
tyler.young@faegredrinker.com
rory.collins@faegredrinker.com

*Counsel for Defendant*
*Post Holdings, Inc.*

+*Motions for Special Admission forthcoming*

*Counsel for Defendant*
*Mars Incorporated and Kellanova*

/s/ Alvin Lindsay
Alvin Lindsay
Florida Bar No. 939056
alvin.lindsay@hoganlovells.com
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
(305) 459-6500
alvin.lindsay@hoganlovells.com

*Counsel for Defendant*
*Nestlé USA, Inc.*

/s/ Beth-Ann E. Krimsky
Beth-Ann E. Krimsky
Florida Bar No. 968412
GREENSPOON MARDER LLP
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
(954) 527-2427
beth-ann.krimsky@gmlaw.com
gabby.mangar@gmlaw.com

Dean N. Panos+
John F. Ward+
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
dpanos@jenner.com
jward@jenner.com
(312) 923-2765

*Counsel for Defendant*
*WK Kellogg Co.*

6

## CERTIFICATE OF SERVICE

I certify that on April 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

/s/ *Thomas A. Zehnder*
Thomas A. Zehnder
Florida Bar No. 0063274

7